ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

    - v -

NACHMAN HELBRANS,

                    Defendant.
------------------------------------------------------x

ORDER OF CONTINUANCE

18 Mag. 10939

       Upon the application of the United States of America and the affirmation of Samuel Adelsberg, Assistant United States Attorney, it is found that NACHMAN HELBRANS, the defendant, was charged with violations of 18 U.S.C. § 1201 & 2, in a complaint dated December 27, 2018, and was arrested on December 27, 2018;

       It is further found that the defendant was presented before Magistrate Judge Paul E. Davison on December 28, 2018, and the defendant was detained.

       It is further found that Bruce Koffsky, Esq., counsel for the defendant, has been engaging in preliminary discussions with the Government concerning possible disposition of this case without trial;

       It is further found that the Government has requested a continuance of 28 days to engage in further discussions with counsel about the disposition of this case without trial and that counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days may be granted for such purpose; and

       It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) is hereby granted until **February 20, 2019**.

Dated: White Plains, New York
       January 23, 2019

_____
UNITED STATES MAGISTRATE JUDGE