# Lawrence M. Herrmann
### Attorney at Law
37-51 76th Street
Jackson Heights, New York 11372
Tel. (718) 779-6630
Cell (646) 295-8852
Fax (718) 565-7278

CT Juris No. 303368

Admitted:
Connecticut
New York

U.S. District Courts:
SDNY
EDNY
NDNY
WDNY
District of Columbia
District of Colorado
U.S. Court of Appeals
2nd Cir. and 3rd Cir.

CT ADDRESS:

1116 Wallingford Road
Cheshire, CT 06410

MEMO ENDORSED

August 7, 2019

The application is  X granted,
                      ___ denied.

Nelson S. Román, U.S.D.J.
Dated: Sept. 18, 2019
White Plains, New York 10601

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: U.S. v. Nachman Helbrans
Ind. 19CR497 (NSR) – 01

Dear Judge Roman:

I hereby request permission to withdraw my previously filed Notice of Appearance as Retained Counsel for defendant. I apologize for any confusion caused. After initially meeting with defendant on July 11, 2019 and being advised I was retained as Counsel by his backers, defendant on the morning of July 12, prior to court proceedings, advised me he preferred to proceed pro se with me as his "legal advisor". I so informed the Magistrate Judge and Your Honor.

I have since been advised by assigned CJA Counsel Bruce D. Koffsky via letter, copy enclosed, that my services are no longer required. I gladly seek to withdraw my Notice as Retained Counsel.

Respectfully,

Lawrence M. Herrmann

cc: Bruce Koffsky, Esq.
Via ECF and fax

LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

NATASHA STREITZ
CERTIFIED PARALEGAL

1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

August 6, 2019

**VIA FACSIMILE: (718) 565-7278**

Lawrence M. Herrmann, Esq.
37-51 76th Street, Second Floor
Jackson Heights, NY 11372

    Re:    United States v. Nachman Helbrans
            Case No.: 7:19CR497 (NSR)

Dear Attorney Herrmann:

    It is my understanding that you filed your appearance in the matter of United States v. Nachman Helbrans but then attempted to withdraw that appearance. This correspondence is to inform you that Mr. Helbrans does not wish to utilize your services but would instead have me continue to represent him as CJA counsel. As such would you file a withdrawal of appearance at your convenience.

    If you have any questions, please do not hesitate to contact me at the above-listed number.

                                          Very truly yours,

                                          Bruce D. Koffsky

BDK/ns