**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

**UNITED STATES OF AMERICA,**

                                         **19 CR 497 (NSR)**

    -v-

**NACHMAN HELBRANS,**                    **Consent to Proceed by**
                                            **<u>Video or Teleconference</u>**

                            **Defendant.**

-----------------------------------------------------------------x

The defendant, **NACHMAN HELBRANS**, hereby voluntarily consents to participate in the following proceedings via \_\_\_\_ videoconferencing or \_XX\_ teleconferencing:

\_\_\_\_\_ Initial Appearance Before a Judicial Officer

\_\_\_\_\_ Arraignment (Note:   If on a Felony Information, Defendant Must Sign Separate Wavier of Indictment Form)

\_XX\_ Bail/Detention Hearing

\_\_\_\_\_ Conference Before a Judicial Officer


/s/ Nachman Helbrans, signed by USMJ Smith
                    with permission
_____      \_/s/ *Bruce D. Koffsky*\_\_
Defendant's Signature                    Defendant's Counsel's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)


\_\_ **Nachman Helbrans** \_\_          \_**Bruce D. Koffsky, Esq.**\_\_
Print Defendant's Name                 Print Counsel's Name

            **SO ORDERED:**

                         **Hon. Lisa Margaret Smith**
                          **U.S.M.J.**

5/28/2020