**MEMO ENDORSED**

**LAW OFFICES OF**
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

Via ECF

July 19, 2020

Hon. Judge Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

> Application granted. Faretta Hearing adjourned from July 30, 2020 until Sept. 15, 2020 at 11:00 am. Clerk of the Court requested to terminate the motion (doc. 104).
> Dated: July 20, 2020
>
> SO ORDERED.
>
> _____
> Nelson S. Román, U.S.D.J.

Re:   United States v. Helbrans
       19cr497 (NSR)-01

Dear Judge Roman:

I, together with Attorney Peter J. Schaffer, represent Nachman Helbrans in the above-captioned matter. As a result of our client, Defendant Nachman Helbrans, notifying us that he intended to waive his Sixth Amendment right to counsel and instead, represent himself *pro se* in this case, this Court scheduled a hearing in accordance with Faretta v. California, 422 U.S. 806 (1975) to take place on July 30, 2020 at 12:00 p.m..

I have been informed by my client that July 30, 2020 is the Jewish Holiday of Tish'a B'Av which begins July 29, 2020 at sundown and continues until after sundown on July 30, 2020. Tish'a B'Av is holiday where the defendant will be fasting, engaged in prayer and unable to attend court proceedings. As a result, the undersigned respectfully requests that the Court reschedule the Faretta hearing to another date convenient to the Court and counsel.

Respectfully submitted

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

BDK/me
cc:   All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2020