MEMO ENDORSED

LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660

Via ECF

January 27, 2021

Hon. Judge Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

> Deft's request is granted. The Court will hold a de novo Bail Review for this Deft. at the Status Conf. via teleconference scheduled for Jan. 29, 2021 at 11 am. Clerk of Court requested to terminate the motion (doc. 149).
> Dated: January 28, 2021
> SO ORDERED:
> /s/ Nelson S. Roman
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Helbrans
      19cr497 (NSR) -01

Dear Judge Roman:

   I, together with Attorney Peter J. Schaffer, represent Nachman Helbrans in the above-captioned matter. Your Honor has scheduled a status conference for this Friday, January 29, 2021 at 11:00 a.m. (with alternate dates and times if the defendant cannot then be produced by the Valhalla Correctional Facility). As the defendant has been detained on the instant case for more than 25 months, we respectfully request that the defendant be permitted to make a bail application at Friday's status conference. The defendant has additionally requested that he be allowed to address the Court on why he does not present a danger to the community nor a risk of flight and, as the Court knows, such statements are permitted pursuant to 18 U.S.C. 3142(f)(2)(B).

   A copy of the transcript of the defendant's May 28, 2020 detention hearing before the Honorable Lisa M. Smith, U.S. Magistrate Judge, is attached hereto for the Court's review.

                              Respectfully submitted

                              __/s/ *Bruce D. Koffsky*__
                              Bruce D. Koffsky

BDK/me
cc:   All Counsel of Record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-28-2021