UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 19 CR 497-01 (NSR) |
| NACHMAN HELBRANS, | SCHEDULING ORDER |
| Defendant. | |

NELSON S. ROMÁN, United States District Judge:

    The in-person Faretta Hearing for the above Defendant is scheduled for February 17, 2021 at 1:00 pm in Courtroom 218.

Dated: February 11, 2021
White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021