UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA

    -against-

Nachman Helbrans

-----------------------------------x

**ORDER**

7:19-cr-00497-NSR -01
Docket #

    Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act. Upon the request of the undersigned attorney and the consent of the defendant, and

    According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

    IT IS HEREBY ORDERED that _____Peter J. Schaffer_____ is appointed to represent the defendant. This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only. The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_____
Attorney's Signature

Peter J. Schaffer
Print Attorney's Name

184 East 161st Street
Address

Bronx, NY 10451

(718) 585-4444
Telephone

NACHMAN S HELBRANS
Defendant's Signature

SO ORDERED:

_____
Presiding Judge

Colleen McMahon
Chief Judge

3/9/2021
DATED

3/9/2021
DATED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021