UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
UNITED STATES OF AMERICA,

   -against-                                    AFFIRMATION OF SERVICE

NACHMAN HELBRANS,                   19 Cr. 497-05 (NSR)

           **Defendant.**
----------------------------------X

STATE OF CONNECTICUT    )
COUNTY OF FAIRFIELD      ) ss.:

      Bruce D. Koffsky, Esq., an attorney duly admitted to practice before the Courts of the State of New York and in the United States District Court, Southern District of New York, affirms the following under penalty of perjury.

      On March 19, 2021 I mailed to Nachman Helbrans a copy of the annexed Court Order dated and filed March 18, 2021 which Order denied the application of pro se defendants Matityau Moshe Malka and Mordechay Malka to have the Court consider any pro se application filed by a single defendant to apply as if filed jointly by all defendants in the aforetitled case.

      The order was mailed by first class US mail addressed to:

Nachman Helbrans
No. 254427
Westchester County Jail
PO Box 10
Valhalla, New York 10595

Affirmed in Stamford, Connecticut
March 19, 2021

                                                                  /s/ *Bruce D. Koffsky*
                                                                  Bruce D. Koffsky
                                                                  Standby Counsel for Defendant
                                                                  Nachman Helbrans