UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                         19 CR 497 (NSR)

    -v-

NACHMAN HELBRANS,                                      **Consent to Proceed by**
                                                                                    **Video or Teleconference**
                          **Defendant.**

------------------------------------------------------------------x

The defendant, **NACHMAN HELBRANS**, hereby voluntarily consents to participate in the following proceedings via \_\_\_\_ videoconferencing or \_XX\_ teleconferencing:

\_\_\_\_\_ Initial Appearance Before a Judicial Officer

\_\_\_\_\_ Arraignment (Note:  If on a Felony Information, Defendant Must Sign Separate Wavier of Indictment Form)

\_\_\_\_\_ Bail/Detention Hearing

\_XX\_ Conference Before a Judicial Officer


\_*Nachman Helbrans*\_\_\_\_            \_/s/ *Bruce D. Koffsky*\_\_
Pro Se Defendant's Signature          Defendant's Stand-by Counsel's Signature
(Judicial Officer may obtain verbal
Consent on the Record and Sign for
Defendant)


\_\_ Nachman Helbrans \_\_           \_Bruce D. Koffsky, Esq.\_\_
Print Defendant's Name              Print Counsel's Name

1