## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.: 7:19CR497 (NSR)** |
| **PLAINTIFF** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **NACHMAN HELBRANS,** | : | |
| **DEFENDANT** | : | May 7, 2021 |

## NOTICE OF FILING OF PRO SE MOTION

PLEASE TAKE NOTICE that the undersigned, acting as "stand-by" counsel for pro se defendant Nachman Helbrans, hereby moves this Court to consider the attached pro se motion entitled "Pretrial Subsequent Motion by Nachman Helbrans for Urgent Essential Means Necessary for Defense Preparation, etc" and all Exhibits attached hereto in support thereof. Pro se defendant Nachman Helbrans respectfully moves that this motion be heard at the first available opportunity but in no event, later than the next scheduled status conference.

DATED:    White Plains, New York
          May 7, 2021

                                        RESPECTFULLY SUBMITTED,
                                        THE DEFENDANT,
                                        NACHMAN HELBRANS
                                        By Stand-By Counsel


                                        BY_/s/ *Bruce D. Koffsky*__
                                        Bruce D. Koffsky, Esq.
                                         Koffsky & Felsen, LLC
                                          1150 Bedford Street
                                          Stamford, CT  06905
                                          Tel.: 203-327-1500
                                          Fax: 203-327-7660

**CERTIFICATION**

THIS IS TO CERTIFY that on May 7, 2021, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ *Bruce D. Koffsky*___
Bruce D. Koffsky