March 8, 2021

Dear Mr. Koffsky:

Following the order of Hon. Judge Roman, on March 5, 2021, to allow us the use of laptop computers and related devices and programs for the preparation of our defense, I hereby suggest the following list to be essential for the work:

1. Laptop computer, with enough HDD space and RAM to work efficiently, such as the one at the following link:
   https://www.dell.com/en-us/shop/dell-laptops/inspiron-17-3000-laptop-silver/spd/inspiron-17-3793-laptop/nn3793dsllh#features_section
   or:
   https://www.amazon.com/Dell-Inspiron-Business-Wireless-Bluetooth/dp/B085VJZSS1/ref=sr_1_25?dchild=1&keywords=laptop+computer+1tb&qid=1615257738&s=electronics&sr=1-25
2. A wired mouse and keyboard (since wireless ones require batteries, it will be impractical in a jail), such as:
   https://www.amazon.com/Logitech-Desktop-Durable-Comfortable-keyboard/dp/B003NREDC8/ref=sr_1_3?crid=2FD75L52WY1A3&dchild=1&keywords=wired+mouse+and+keyboard&qid=1615258557&s=electronics&sprefix=wired+mouse+and+ke%2Celectronics%2C300&sr=1-3#customerReviews
3. A good headset and microphone such as:
   https://www.amazon.com/Logitech-logitech-noisecanceling-Microphone-Packaging/dp/B075G4JT4S/ref=sr_1_6?dchild=1&keywords=logitech+headset+for+computer&qid=1615258815&s=electronics&sr=1-6
4. An external harddrive to backup my work etc. (I want this HDD not to be paid by the CJA but rather by my family, since I want to have the backups of my work even after the conclusion of the proceeding).
   The one I need is:
   https://www.amazon.com/Seagate-Portable-External-Hard-Drive/dp/B07CRG94G3/ref=sr_1_3?dchild=1&keywords=2+tb+external+hardrive&qid=1615259679&sr=8-3
5. USB flash drive for backups and printing (I want this USB flash drive not to be paid by the CJA but rather by my family, since I want to have the backups of my work even after the conclusion of the proceeding).
   https://www.amazon.com/1TB-USB-3-0-Flash-Drive/dp/B08VRG4KXV/ref=sr_1_1_sspa?dchild=1&keywords=32gb+usb&qid=1615261388&sr=8-1-spons&psc=1&smid=A2FL52OW08U4T6&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUFGME9aNjRKNjJSUzUmZW5jcnlwdGVkSWQ9QTA1NTUzNDNLM080QlpQSVBLWU8mZW5jcnlwdGVkQWRJZD1BMDE0MTU3ODJRUk4zUUtOOVRLRFUmd2lkZ2V0TmFtZT1zcF9hdGYmYWN0aW9uPWNsaWNrUmVkaXJlY3QmZG9Ob3RMb2dDbGljaz10cnVl

I need the following software and subscriptions:

1. Microsoft Word, OneNote and Outlook. [subscription required]
2. Grammarly add-on to Microsoft Word. [subscription and steady internet connection required]
3. Adobe Acrobat professional, or PDF-XChange Editor pro. [subscription required]
4. PDFSam Basic (essential for preparing and sorting of exhibits etc.) [free]
5. VLC Media player. [free]
6. QuickTime Media Player (since different voice file types in the discovery require different software). [free]
7. Google Chrome [free]
8. Kaluach (Hebrew date to Gregorian calendar converter) [free, available at: https://kaluach3.software.informer.com/3.2/]
9. Zoom videoconferencing software (Required to talk to you and to interview experts and witnesses).
10. Express Dictate Digital Dictation Software by NCH [free, available at https://www.nch.com.au/express/index.html]
11. TeamViewer remote control software (required so you can acess my computer and change anything required, so you will not need to come down to jail if any inconvenience occurs with the computer.) [free]
12. 7zip or WinZip to extract zip files [free]
13. Westlaw or LexisNexis subscription with full Federal and all state law (if preferred by you, you may add me as a controlled user on your firm's account; otherwise, it will be necessary to register a new account in my name.)
14. PacerMonitor.com monthly subscription so I can monitor my docket.

If the CJA declines to pay for any of the above, I will ask my family releatives to do so, but it will be tough for them to afford it.

Thank you so much

Yours truly,

Nachman Helbrans