God willing. (1)

First day of the month of Adar, the month that flipped from mourning to celebration

To my dearbrother, Samuel Adelbergl

I'm writing these lines to you with tears, not with ink, from my heart, not from my pen.

i'm writing this letter to Samuel, my brother, not to the prosecutor from the government. (Although that legally, this is the same thing, you're allowed to use this letter however you desire, but I'm telling you the truth, that I believe that under every Jewish prosecutor, there's a suppressed Jewish soul. The prosecutor doesn't confine other Jews in jail. He places himself (his soul) in jail......). I have written a letter of 200 or 300 pages in Hebrew. For your former boss, Jeffrey Berman, but I have mainly intended you. I do however have to translate this letter. I'm still thinking of where to get the money for this. Regardless, in the meantime I stil have to do something.

Dear brother, if you are seeking the truth, and you are not sold for the falsities, me and my dear friend (and your dear friend), Rabbi Meir Yisuschur Rosner, will both speak with you at length.

We want, and demand, in the name of your duty, to seek the truth. You should make time to speak to us face-to-face. (it could wholeheartedly be through the other two prosecutors), we want to speak to you the whole truth regarding the holy community of Lev Ta'hor, and to answer for al the blood libels and antisemitic dirt that you have unfortunately sunken into. We also want to tell you <u>everything everything everything</u> what the whole story was here. We will also, god willing, teach you a bit of law -- briefly, we want you to understand us -- could be we're going to war, possibly on a big war on a massive scale. But that doesn't mean to say that we can't work together to arrange all the rules of the game. There must be

(2)

a fair game [FAIR-GAME], we want every "motion" [MOTION]. To talk through it with you and to let you know from beforehand, that we don't want an attack by ambush [AMBSH], and we also don't want any protection by ambush. We hold that with truth and candor we can achieve more than any trick [TRICKS] and manipulation.

You can write to us, or make a TELE-VISIT directly. Lok up on the internet how it's made so very simple. Please note that, by error, my name in jail is written as NACHMAN instead of NACHAM. You can also make a TELE-VISIT with Meir Rosner.

We recommend that to start, you should dedicate ten (10) hours to speak with us. Mainly to hear (we'll be happy to hear from you, but you don't have to fear, "who knows what Lev Ta'hor will extract from me?". If you don't want to talk, don't talk. The main thing to get started -- is that you should hear, the truth should be brought out in its entirety, without any lawyerly reservations or restrictions, which we despise so much. If Jacob and Esau were able to figure it out in the Torah portion of Vayishlach, there's no reason that two (or four) Jews shouldn't be able to figure it out, God willing.

By dedicating ten hours, (it doesn't have to be at once, it could be 3, three, 3, three (and such), you'll save yourself hundreds of hours of confusion. Wars and humiliation. And you will be able to boast if you