

**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

Nachman Helbrans
USMS No.: 86443-054

Bruce Koffsky, Esq.
Koffsky And Felsen, LLC
1150 Bedford Street
Stamford, CT 06905

      Re:   *United States v. Nachman Helbrans*, 19 Cr. 497 (NSR)

Dear Mr. Helbrans and Mr. Koffsky,

      This is to confirm that with respect to a meeting of Nachman Helbrans (the "Defendant") with Assistant United States Attorneys Sam Adelsberg and Jim Ligtenberg, to be held via video-conference on or about _____ ("the meeting") the following understandings exist:

      The Defendant has requested the opportunity to provide information to the Government about his involvement in the charges contained in Indictment 19 Cr. 497 and to respond to questions, so that the Government may be in a position to evaluate the Defendant's information and responses in making prosecutive decisions. In any prosecution brought against the Defendant, the Government may offer at any stage of the criminal proceeding for any purpose any statement made by the Defendant during the meeting. The Defendant agrees that he shall assert no claim under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, or any other federal rule, that such statements or any leads therefrom should be suppressed. The Defendant understands that he is waiving any and all rights in the foregoing respects.



**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

Mayer Rosner
USMS No.: 86441-054

Susanne Brody, Esq.
Federal Defenders of New York
81 Main Street, Suite 300
White Plains, NY 10601
914-428-7124

Re:   *United States v. Mayer Rosner*, **19 Cr. 497 (NSR)**

Dear Mr. Rosner and Ms. Brody,

      This is to confirm that with respect to a meeting of Mayer Rosner (the "Defendant") with Assistant United States Attorneys Sam Adelsberg and Jim Ligtenberg, to be held via videoconference on or about _____ ("the meeting") the following understandings exist:

      The Defendant has requested the opportunity to provide information to the Government about his involvement in the charges contained in Indictment 19 Cr. 497 and to respond to questions, so that the Government may be in a position to evaluate the Defendant's information and responses in making prosecutive decisions. In any prosecution brought against the Defendant, the Government may offer at any stage of the criminal proceeding for any purpose any statement made by the Defendant during the meeting. The Defendant agrees that he shall assert no claim under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, or any other federal rule, that such statements or any leads therefrom should be suppressed. The Defendant understands that he is waiving any and all rights in the foregoing respects.