Nachman Helbrans
Mayer Rosner
P.O. Box 10
Valhalla, N.Y. 10595

March 24, 2021

Sam Adelsberg, Esq
Assistant United States Attorney
United States Attorneys Office
Southern District of New York
One Saint Andrew's Plaza
New York, N.Y. 10007

To Our Dear Brother Sam Adelsberg,

    We received via our Stand-By Counsels your reply to our letter of February 22, 2021, requesting a meeting with you. Attached to your reply was a form of "understanding" for us to sign as a pre-condition for such a meeting.

    As you can expect, both Stand-by Counsels strongly advise against such a meeting in general. In particular, they advise against signing the "acknowledgment and understanding." However, as community organizers, and based on our experience and general life approach, we feel that it is most important for you to hear the unadulterated truth.

    In order to facilitate the meeting and to remove any potential obstacles, we are signing the attached "understanding."

It should go without saying, that in any meeting on such a basis, we retain the right to use the contents of any discussion, not only for our defense in the criminal trial, but also in any future civil proceeding.

While we cannot foresee any damage to our case that can be the result of such a meeting, we feel that such a spirit can prevent the government from discussing the matters in a truth-seeking fashion. In our opinion, a truth-seeking discussion occurs when both sides have not any considerations about the content of their talking, except to establish the truth. We think that any other considerations or fears limit the ability to do so.

As you may know, we filed a motion to have access to a computer and relevant Internet resources. Once we get them, we will draft an alternative understanding that in our opinion will be more beneficial to both parties. In our estimation, the alternative understanding will be ready at about the same time as our first scheduled meeting. We plan to disuss it with you at the first meeting. We will see where we go from there.

Sincerely yours,

N. HELBRANS 3/25/21
Nachman Helbrans

[signature] 3/25/21
Witness

MAYER ROSNER 3/25/21
Mayer Rosner

[signature] 3/25/21
Witness