*Re: Laptop Computer* [handwritten]

# Bruce Koffsky

| | |
|---|---|
| **From:** | Adelsberg, Samuel (USANYS) <Samuel.Adelsberg@usdoj.gov> |
| **Sent:** | Monday, March 29, 2021 8:39 PM |
| **To:** | Bruce Koffsky; 'Susanne Brody'; bruce@koffskyfelsen.com |
| **Cc:** | Bagliebter, Jamie (USANYS); Ligtenberg, James (USANYS); schaffer1law@gmail.com |
| **Subject:** | RE: Meeting |

Thanks Bruce (and Susanne). We do not consider this a signed agreement given the caveat and attached letter. Once again, we will only meet when this agreement is signed by the defendants (without any caveats or additional conditions). Please let your clients know that this is not a negotiation.

Thank you and happy Passover,
Sam

---

**From:** Bruce Koffsky <bkoffsky@snet.net>
**Sent:** Monday, March 29, 2021 11:31 AM
**To:** Adelsberg, Samuel (USANYS) <SAdelsberg@usa.doj.gov>; 'Susanne Brody' <Susanne_Brody@fd.org>; bruce@koffskyfelsen.com
**Cc:** Bagliebter, Jamie (USANYS) <JBagliebter@usa.doj.gov>; Ligtenberg, James (USANYS) <JLigtenberg@usa.doj.gov>; schaffer1law@gmail.com
**Subject:** RE: Meeting

Counsel-

I am in receipt of the attached correspondence from Pro Se defendant Nachman Helbrans. Please let me know what your thoughts are with regards to scheduling a meeting between the government and the pro se defendants so that both Peter and I can make ourselves available.

Best regards

Bruce
As Stand-By Counsel for Nachman Helbrans


Bruce D. Koffsky, Esq.
Koffsky & Felsen, LLC
1150 Bedford Street
Stamford, Connecticut 06905
Tel (203) 327 1500
Fax (203) 327 7660
bkoffsky@snet.net

This message is sent by the Law Offices of KOFFSKY & FELSEN, LLC and/or its Affiliates, and is intended exclusively for the persons to which it is addressed. This communication may contain information that is privileged or confidential. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message.

1

**From:** Adelsberg, Samuel (USANYS) <Samuel.Adelsberg@usdoj.gov>
**Sent:** Thursday, March 25, 2021 5:42 PM
**To:** Susanne Brody <Susanne_Brody@fd.org>; 'bruce@koffskyfelsen.com' <bruce@koffskyfelsen.com>
**Cc:** Bagliebter, Jamie (USANYS) <Jamie.Bagliebter@usdoj.gov>; Ligtenberg, James (USANYS) <James.Ligtenberg@usdoj.gov>
**Subject:** RE: Meeting

Hi Susanne and Bruce,

I hope you're both well. We checked with WCJ and they can facilitate a video-conference call with multiple parties. Please let us know when works for you. Also, as discussed with Susanne, we will need the proffer agreements signed by the defendants before we do the call. Please also inform the defendants that we intend to record the meeting.

Best,
Sam

---

**From:** Susanne Brody <Susanne_Brody@fd.org>
**Sent:** Thursday, March 18, 2021 10:07 AM
**To:** Adelsberg, Samuel (USANYS) <SAdelsberg@usa.doj.gov>; 'bruce@koffskyfelsen.com' <bruce@koffskyfelsen.com>
**Cc:** Bagliebter, Jamie (USANYS) <JBagliebter@usa.doj.gov>; Ligtenberg, James (USANYS) <JLigtenberg@usa.doj.gov>
**Subject:** RE: Meeting

appreciated

---

**From:** Adelsberg, Samuel (USANYS) [mailto:Samuel.Adelsberg@usdoj.gov]
**Sent:** Thursday, March 18, 2021 10:05 AM
**To:** Susanne Brody <Susanne_Brody@fd.org>; 'bruce@koffskyfelsen.com' <bruce@koffskyfelsen.com>
**Cc:** Bagliebter, Jamie (USANYS) <Jamie.Bagliebter@usdoj.gov>; Ligtenberg, James (USANYS) <James.Ligtenberg@usdoj.gov>
**Subject:** RE: Meeting

Sorry Susanne, I'm on a call for the next hour or so. We can ask the prison if they can facilitate a video call with multiple users.

---

**From:** Susanne Brody <Susanne_Brody@fd.org>
**Sent:** Thursday, March 18, 2021 10:03 AM
**To:** Adelsberg, Samuel (USANYS) <SAdelsberg@usa.doj.gov>; 'bruce@koffskyfelsen.com' <bruce@koffskyfelsen.com>
**Cc:** Bagliebter, Jamie (USANYS) <JBagliebter@usa.doj.gov>; Ligtenberg, James (USANYS) <JLigtenberg@usa.doj.gov>
**Subject:** RE: Meeting

Sam,
Please call me. I have a 10:35 call with Mr Rosner this morning. I will read him your agreement and sign it on his behalf. I am not certain Valhalla can set up a 3 way video conference but would like to get this scheduled ASAP. I know Bruce has a trial in 2 weeks and Passover is on the horizon.
This could also be done with a takeout order and the gentlemen brought over to FBI or other office and we can attend in person or by video.

---

**From:** Adelsberg, Samuel (USANYS) [mailto:Samuel.Adelsberg@usdoj.gov]
**Sent:** Wednesday, March 17, 2021 6:37 PM
**To:** Susanne Brody <Susanne_Brody@fd.org>; 'bruce@koffskyfelsen.com' <bruce@koffskyfelsen.com>
**Cc:** Bagliebter, Jamie (USANYS) <Jamie.Bagliebter@usdoj.gov>; Ligtenberg, James (USANYS)

&lt;James.Ligtenberg@usdoj.gov&gt;
**Subject:** Meeting

Susanne and Bruce,

I hope you both are well! We received the attached note (attaching a draft translation as well) from Mr. Helbrans and Mr. Rosner and we gather they would like to meet with us. It sounds like it would make most sense to schedule this as a video-conference.

Finally, as a precondition of having this meeting, we are sending along two proffer agreements, one for each defendant, to be signed in advance of the meeting.

Best,
Sam

*****

Sam Adelsberg
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
(212) 637-2494 (desk)
(347) 501-0979 (cell)