UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

USA,

- against -

NACHMAN HELBRANS,
                      Defendant(s).
-------------------------------------------------------x

**SCHEDULING ORDER**

19 Cr. 497-01 (NSR)

ROMÁN, D.J.:

    **The in-person Arraignment and Status Conference for the above Defendant is scheduled for May 13, 2021 at 4:15 pm in Courtroom 520.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Dated:    White Plains, New York
            May 11, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/11/2021__