# Koffsky & Felsen, LLC

1150 Bedford Street
Stamford, Connecticut 06905
Tel. (203) 327-1500
Fax. (203) 327-7660
bkoffsky@snet.net

**Via ECF**

July 6, 2021

Hon. Judge Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

**Re:** **United States v. Helbrans**
    **7:19cr497 (NSR)**

Dear Judge Roman:

      The undersigned, along with Attorney Peter Schaffer, represent pro se defendant Nachman Helbrans, as stand-by counsel in the above-titled matter. The undersigned has just reviewed the government's letter to the Court (Docket Entry 283) which asks that the Court enter an attached Order. The government's letter indicates that their letter and the attached Order were sent to the pro se defendants by mail and it is assumed that the mailings happened the same day as the ECF filing. As such, it should be expected that the pro se defendants will receive the government's letter early next week.

      As the pro se defendants may wish to respond to the government's letter and proposed Order, stand-by counsel for Nachman Helbrans respectfully asks the Court to take no action on the government's letter and Order until defendant Helbrans has an opportunity to review the letter and respond, if appropriate.

      Respectfully submitted,

      _/s/ *Bruce D. Koffsky*_
      Bruce D. Koffsky

BDK/me
cc:    All Counsel of Record