9/10/2021

TO: The Honorable Nelson S. Roman

RE: Motion for Disqualification of the chamber
     oral argument requested.

This letter is to notify the Courts that we
request that by the next Status conference, Sept.
13, 2021, we will be given an opportunity to
address the Court in person regarding why,
we think, it is appropriate according to the law,
that this Chamber should Disqualify himself
according to 28 U.S.C. § 455 (A).

We want to Emphasize that this motion is not
instead of our planed motion to disqualify this
Chamber according to 28 U.S.C. § 144
(Personal Bias and Prejudice), however Such a Motion
will require to detail the Merit of our Case.
As well as detailing the procedure of our case
Until Now. Such a motion Can Not Be Made
by a 3rd party, (like this motion.) In any case
it is ~~Not appro~~ more appropriate to begin with the
28 U.S.C § 455(A) Motion Since Once this is
accepted the 28 U.S.C § 144 is unnecessary.

(applicable note)

28 USC, Section # 455 (Disqualification of Justice, Judge
or Magistrate Judge) in Subsection (A) States as
follows: "Any Justice, Judge, Magistrate Judge of
the United States Shall disqualify
Himself in Any Proceeding In which
His Impartiality Might Reasonably Be
Questioned"

Subsection (D) States as follows:
"For the Purpose of this Section the
following words or Phrases shall have
the Meaning indicated: (1) Proceeding
Include Pretrial, trial, Appellate Review or
Other States of litigation."

In the Recent Case US. V. Wald, NO 13-1392-CR
April 1, 2021, the 2nd Circut re established the already
well established Rule that the test to require
disqualification is not if there is proof of actual
bias or prejudice, rather the test is if the Impartiality
of the Chambers Made be "reasonably ed be Questioned".
Because of Inadicity of the legal research System here,
I am precented from elaborating as needed regarding
the applicable law. Never the less it is clear
enough to be applied to the Current Situation.

## Relevant Facts

Public Records indicate that this Chamber's
Public Service includes:

1. Serving as a Assistant District Attorney
   For the Kings County in New York From
   August 1989 until December 1991

2. Serving as a Special Assistant District Attorney
   For New York County from January 1992
   up until March 1994

3. Serving Again as Assistant District Attorney
   For the Kings County in New York From
   April 1994 up until January 1995.

It is only the last public Service mentioned
Namely, the 1994 Service in Kings County as a Assistant
District Attorney, that Relevant here. We think
this Public Service at this Particular Place and time
is enough Given from an objective point of view to
cast doubt about the possibility of impartiality of this
chamber regarding our case.

We will explain why.

Rabbi Sholomo Helbrans (Also known as Erez Sholomo
Elbarnes) a prominent anti Zionist leader, and
well known advocate for original Judism Immigrated
to the U.S along with his family and Community.

In ~~the~~ November 1990. With him also Immigrated to the U.S. his son Nachman, at that time a boy age 9, now the main defendant in this Case.

The Prosecution of Zionist Activists against the late Rabbi Helbrans and his community only Intensified once relocated to the U.S. especially via negative Israeli media Coverage. This negative Israeli Media Coverage Created the Condition for the perfect Storm.

It was in Feb. 1992 that the late Rabbi Helbrans give Refuge to and abused child named Shai Reuven (Also known as Shai Fima) that the israeli media Jumped on the opportunity and called it a "kidnapping". the New York Media, Including the New York times and New York Post, that are both known as Platforms for various Zionist lobbists, They follow the Israeli Media and also labeled the assistance of my father to a Runaway abused Child as "kidnapping." An orthodox Rabbi involved in "kidnapping" was an issue sensismal headlines.

We have attached a Booklet/Article written by the late Journalist + community Activist Jacob Y. Zick in 1997 detailing much of the Story as Exhibit A. This booklet is a Sample collection of documents of the opinions of Many orthodox leaders and objective legal professionals about the Case.

Page 4 of 12

At the begining the Federal government took the case, they issued thousands of Subpoenas at the end of the day they decided not to prosecute the case. Presumbly because the Federal Case law is very clear that the Consent of a mature child ( defined by the 2nd Circut no later than the age of 16) Is a Complete defense and exclude any possibility of "kidnapping" Charges.

The Federal govt transfered the case to the Kings County district Attorney MR. Charles Hines, that under pressure took the case and in Feb. 1993 the late Rabbi Helbrans and His wife Malka were arrested and charged with kidnapping 2° and Conspiracy 4°.

The decision to File kidnapping Charges for Assting a Runaway child was unprecedated, Highly Controversal Among the legal community. it was based on extreme distortion and Manuliptian of the language of the New York law, & A language not found in the Federal law.

The legal bases for the charges was so indicate the last after the Swearin of the Jury the Prosecution agreed to withdraw the kidnapping Charges In return Alfread Plea on the Conspiracy Charge and aggres pon Sentence that will not include jail time. Rabbi Helbrans and wife agged to the Deal.

It was not until April 1994, the same
Month that this chamber joined the kings county
District attorney that the Situation turned from
Bad to worse.

In yet another unprecedented and legally
controversial move, the kings county District
Attorney office decided to withdraw the plea after
after agreed by the Judge and sworn in of
the Jury.

I will 1st proppent to Page 24 of
Exibit A* that Professor Stanley newstader Critised
both the initial decision at kings County to file
kidnapping charges and the Second decision to
withdraw the plea as never motivated by
bias + predudice against Hasidism. There is
Ample documents to Support the Some of
them marked Exibit A. I will also mention
Exibits B+C two essays by Prof. Bernard Frydman PHD
that concludes the actions of Charles Hynes and
this office Espially from April 1994 were
motivated by bias + predudice. My father the
late Rabbi Hellmans Expressed the Same opinion
Mentioned in Article attached AS Exibt D.
In the last paragraph my Rebbe Clearly

* All page #'s are Befered excld the caver Page.

Page 6 of 12

Mentioned Selection Procedure it was also
Mentioned by an outside legal professional
Attached As Exhibit E. In the Second Paragraph
She clearly Mentioned overseas prosecution.

After April 1994 Various Pre trial
Procedures, each of them were accompanied by
Maves by District Attorney, Considered by
Experts as bias, In october 1994,
Rabbi Helbrans and His Wife Stood trial,
I will pinpoint to Page 36 of Exhibit A,
at seq. Why this trial was Considered by
Many as unjust. Rabbi Helbrans and His
wife were convicted.
          While Mrs Helbrans was Exhonorated
by the Judge, Rabbi Helbrans, at the expard Request
by the District Attorney a very Harsh Senate.
In Nov 1994. A Sentence that was later
Reduced by the Appellant divison that describer
Rabbi Helbrans motives were by love + affection.

          The Defendant Rachman Helbrans remembers
that the District Attorney Charles Hynes
Commented to the Public Media Polling the
Sentence, He would rather fall from his Chair
then let my father be released pending Appeal.
My father decided then to Concentrate on
the Appeal it self and within his Application

Page 7 of 12

Per Bail/Release. ~~(scribbled)~~ As a result of the Conviction Rabbi Helbans was Deported to Israel, but Manged to Escape and Rebuke In canada.

In ~~attempted~~ Judicial Proceedings before the Canadian Immigration & Reffigue board In 2003 the Board Judge MR. Gilles Lehrer, Reffered to the trial proceedings in New york He Stated Among others:

- "The Evidence Shows that Some influential Members of the Zionist community in Brooklyn put pressure on the district Attorney to ensure that the Rabbi was Convicted and Received a very Harsh Sentence" (See Exibit F, Page 7, Parg 1)

His factual Findings and Judicial Findings were upheld by the Canadian federal Court despite Vigrous opposition of Canadian Judice Minister (Pressured by Israel) See Exibit G, Canada v. Helbans 2005 FC 70 2005/01-21

Now fast forevel to cur case

Except the New york case of the late Rabbi Helbans Never in history in the US. Assistue to a Runaway child was described As "Kidnapping"

Not in Any State Proceding and ~~Not~~ of cause
Not in Federal level. ~~We~~ can not
go into small details no legal analysts
because countless, impardents & distractions.
However I will mention there is a
2nd court case from 2003 (I can not
recall the case, it is Samine v. Aschbrt) That
Based on the New York court decisen
of the late Rebbi Helbrns the described
New York kidnapping in the 2nd is a
Non violat crime " that does not meet
the genere definiton of kidnapping"
But a Similar proceding in the 9th Circit
(No. 10-10470 US v. Marquez Lobos) the Court
was not able to find a Single case in Arizona
That the consent of the child was not
a defense for kidnapping. the threat
is very simple the trial of the
late Rebbi Helbrns was a controversal
Historic event, motivated by bias decisons
of the king's county district attorny
Only one case is the Second in a Pa
to be charged with kidnapping charges for
Assisting runaway children. Its quite
Remarkable that this time the defendants
are again from the same County and (family?)
And even More Remarkalbe that the
Chambers has to decide the matter, is

DICKSON

Dener   Assistant District Attorney.
For the Same office that took
the noted Controversal decision
against the late Rabbi. Helbrans
in the Same time that the Chamber
was in office - namely from April 1994
to the end of the year. to prove that
see

TO prove that our Careers are
Real we will Attach as Exibit H a motion
written at the Request of Matiyac Malka.
(With the Help of the Screen Sharing Function, now
desabled For Some Reason his lawyer was not
filing it on that time, but is clearly Mentioned
in his legal arguments they a shared by us
this co-defendents the contention about the
legal definition of Kidnapping. I will
pin point From Page 15 to 26. This was
written on Feb 18 2001 before any of
us had knowledge the Current Public
Service of this Chamber, [struck out]

We will also attach I, a 76
Page Document Drafted by us in Nov. 2018
addressed to the Premier government that details
our take on Religias and Political Prosecution

Instated by the state of Israel against
our community, it mentions in short the
Prosecution of the late Rabbi Helbrans,
I will in part to Page 29 and 30
and It goes all along up to the beginning
of the current family conflict that ultimately
led to the Rescue efforts by us.

To Be clear its is not us that
decided artificially to bundle the late
Rabbi Helbrans case with our case.
Rather it was the government that combined
these two cases in a hateful document.
That they use as a Reply to the bail
application of defendant Nachman Helbrans
Back in May 27, 2020. It's I will Present
on Page 2, Footnote 1. Also in Prior
Bail Application, of co-defendant Aaron Rosner,
Back in Feb. 2019 at the oral arguments
Mr. Sam Adelsberg, Make a great deal
of the kidnapping conviction of the late
Rabbi Helbrans. It is also not us
that decided to bundle all the Lorest parents
of their case Rather against the community
With our Case Rather it is the government
that decided in the above Mentioned
document as well in the Speedy indant.

To Finfor all allegations against Leuthon
Including a decision by Israeli Courts, and
Articles from Israel Media Mentions the
above hateful decrees fact note 2 and
Includes our desire to take refuge in Iran
as part of the Superceding Indictment. So it's Just
Fair that the reasons leading For such a
Request and also the basis & Predyce
will be Bonded together.

We can elabrate More if necessary
we ask to be given an opportunity to
address the DSSce In person,
at the next Status Conference.

Because we were incarcerated we have
no way to know about the Issue in
an earlier Stage. we were only notified
by accident on August 22, 2021 and
we immediately raised the Issue - we think
it is the interest of Justice that Chambers
Should disqualify itself and return the Case
to the wheel for assignment.

We also apologize for any inconvience, and
appreach your understanding.

NACHMAN S. HELBRANS                    MAYER ROSNER
NACHMAN S. HELBRANS                    MAYER ROSNER

                                              PAGE 12of 12