```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/29/2021
```

MEMO ENDORSED

## Koffsky & Felsen, LLC

1150 Bedford Street
Stamford, Connecticut  06905
Tel.  (203) 327-1500
Fax.  (203) 327-7660
bkoffsky@snet.net

**The Court grants the pro se Defendants' request to clarify the relief they seek in their motions in limine on or before October 1, 2021. The Court extends the Motions in Limine briefing schedule as follows: opposition papers shall be filed on October 4, 2021 so that they can address the Defendants' clarified requests for relief; reply papers shall be filed on October 11, 2021. The Clerk of Court is directed to terminate the motion at ECF No. 360. Standby counsel for Helbrans and M. Rosner are directed to provide their respective Defendants with a copy of this order and to file proof of service on the docket.**

**Via ECF**

September 29, 2021

Hon. Judge Nelson S. Roman
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y.  10601

**Re:  United States v. Helbrans
       7:19cr497 (NSR)**

Dated: September 29, 2021
White Plains, NY

SO ORDERED:

_/s/ Hon. Nelson S. Roman_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

The undersigned, along with Attorney Peter Schaffer, represent pro se defendant Nachman Helbrans, as stand-by counsel in the above-titled matter.  On September 27, 2021, the Court (Roman, USDJ) issued an Order directing defendants Nachman Helbrans and Mayer Rosner to "clarify, through their standby counsel if necessary, on or before Thursday, September 30, 2021, what relief they are seeking from the Court in the motions in limine regarding the evidence or defenses that may or may not be presented at trial, and if they may be presented, for what purpose(s)."

The Court should know that the pro se defendants have been observing the Jewish holidays of Shemini Atzeret and Simchat Torah which holidays began on the date of the Court's Order and do not end until after nightfall on September 29, 2021.  During their observance of these holidays, the pro se defendants do not take phone calls, televisits or in-person meetings with counsel.  As such, the undersigned does not believe that there will be sufficient time to schedule a conference with the pro se defendants and respond to the Court within the time period required by the Court's Order.

The undersigned counsel respectfully requests that the Court extend the time for the pro se defendants to respond to the Court's Order to Friday, October 1, 2021.

Respectfully submitted,

_/s/ *Bruce D. Koffsky*_
Bruce D. Koffsky

BDK/me
cc:     All Counsel of Record