UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| USA, | **SCHEDULING ORDER** |
| - against - | |
| | S2 19 Cr. 497-01 (NSR) |
| NACHMAN HELBRANS AND MAYER ROSNER, | S2 19 Cr. 497-02 (NSR) |
| Defendant(s). | |

--------------------------------------------------------x

ROMÁN, D.J.:

    **The in-person Final Pretrial Conference for the above Defendant is scheduled for October 13, 2021 at 11:00 am in Courtroom 218.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

    Standby counsel are directed to promptly serve a copy of this Order on their respective pro se Defendant by any necessary means and file proof of such service.

SO ORDERED.

Dated:    White Plains, New York
             October 8, 2021

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2021