UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-                                                                    S3 19 Cr. 497 (NSR)

NACHMAN HELBRANS and
MAYER ROSNER

Defendants.

**JURY VERDICT**

Please indicate each of your verdicts with a check mark (✓)

**COUNT ONE: Conspiracy to Transport a Minor with Intent to Engage in Criminal Sexual Activity (18 U.S.C. § 2423(a) and (e))**

1.  How do you find the defendant Nachman Helbrans with respect to Count One?

    Guilty _____                                    Not Guilty _____

2.  If you found the defendant Nachman Helbrans guilty with respect to Count One, which criminal activity did you find that an individual could be charged with a crime? (Please check all that apply).

    _____          New York Law (N.Y. Penal Law § 130.30)
    _____          Mexican Law (Penal Code of the State of Mexico, Article 273)
    _____          Federal Law (18 U.S.C. § 2423(c))

3.  How do you find the defendant Mayer Rosner with respect to Count One?

    Guilty _____                                    Not Guilty _____

4.  If you found the defendant Mayer Rosner guilty with respect to Count One, which criminal activity did you find that an individual could be charged with a crime? (Please check all that apply).

    _____          New York Law (N.Y. Penal Law § 130.30)
    _____          Mexican Law (Penal Code of the State of Mexico, Article 273)
    _____          Federal Law (18 U.S.C. § 2423(c))

1

**COUNT TWO: Conspiracy to Travel with Intent to Engage in Illicit Sexual Conduct (18 U.S.C. § 2423(a) and (e))**

1.  How do you find the defendant Nachman Helbrans with respect to Count Two?

    Guilty _____                          Not Guilty _____

2.  How do you find the defendant Mayer Rosner with respect to Count Two?

    Guilty _____                          Not Guilty _____

**COUNT THREE: Conspiracy to commit international parental kidnapping, unlawfully use a means of identification and enter by false pretenses the secure area of an airport (18 U.S.C. § 371)**

1.  How do you find the defendant Nachman Helbrans with respect to Count Three?

    Guilty _____                          Not Guilty _____

2.  How do you find the defendant Mayer Rosner with respect to Count Three?

    Guilty _____                          Not Guilty _____

**COUNT FOUR: International Parental Kidnapping (December 2018) (Jane Doe) (18 U.S.C. § 1204(a) and 2)**

1.  How do you find the defendant Nachman Helbrans with respect to Count Four?

    Guilty _____                          Not Guilty _____

2.  How do you find the defendant Mayer Rosner with respect to Count Four?

    Guilty _____                          Not Guilty _____

**COUNT FIVE: International Parental Kidnapping (December 2018) (John Doe) (18 U.S.C. § 1204(a) and 2)**

1.  How do you find the defendant Nachman Helbrans with respect to Count Five?

    Guilty _____                          Not Guilty _____

2.  How do you find the defendant Mayer Rosner with respect to Count Five?

    Guilty _____                          Not Guilty _____

3

**COUNT SIX: International Parental Kidnapping (March 2019 Attempted Kidnapping) (18 U.S.C. § 1204(a) and 2)**

1.  How do you find the defendant Nachman Helbrans with respect to Count Six?

Guilty _____                                    Not Guilty _____


_____            _____
        Foreperson                                         Date