UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| USA, | SCHEDULING ORDER |
| - against - | |
| NACHMAN HELBRANS, MAYER ROSNER, | S3 19 Cr. 497-01 (NSR) <br> S3 19 Cr. 497-02 (NSR) |
| Defendant(s). | |

-------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

**Upon completion of jury selection, the trial for the above Defendants is scheduled to commence either October 20, 2021 or October 21, 2021. The trial is generally conducted Monday through Friday, from 11:00 am to 4:00 pm, with a one-hour lunch break.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

Standby counsel are directed to provide a copy of this Order to their respective *pro se* Defendant and file proof of service.

Dated: White Plains, New York
October 15, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021