**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X

**UNITED STATES OF AMERICA,**

        **-against-**                         **AFFIRMATION OF SERVICE**

**NACHMAN HELBRANS,**             **19 CR 497 (NSR)**

           **Defendant.**

-------------------------------------------------X

STATE OF CONNECTICUT       )
COUNTY OF FAIRFIELD        ) ss.:

     Peter J. Schaffer, Esq., an attorney duly admitted to practice before the Courts of the State of New York and in the United States District Court, Southern District of New York, affirms the following under penalty of perjury:

     On October 18, 2021, I served by hand a copy of this Honorable Court's Memo Endorsement and Device Order [docs. 395 and 395-1] upon Nachman Helbrans in the U.S. District Court, White Plains, New York.

Affirmed in Stamford, Connecticut
October 18, 2021

                                /s/ *Peter J. Schaffer*
                                Peter J. Schaffer
                                Co-Attorney for Defendant
                                Nachman Helbrans