UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UNITED STATES OF AMERICA,   INDICTMENT NO.
                            7:19-cr-497 (NSR)

   -against-

NACHMAN HELBRANS, ET. AL.
                              Defendants.
------------------------------------------------------------------x

### DEFENDANT NACHMAN HELBRANS' MOTION
### FOR NEW TRIAL AND MOTION FOR JUDGMENT OF ACQUITTAL

    The defendant Nachman Helbrans respectfully moves pursuant to Rule 33 of the Federal Rules of Criminal Procedure for a New Trial and moves pursuant to Rule 29 of the Federal Rules of Criminal Procedure for a Judgment of Acquittal.  A memorandum in support of the defendant's motion will be filed by the defendant pursuant to the schedule previously ordered by the Court.

    WHEREFORE, the defendant moves for a new trial and/or that the Court enter a

judgment of acquittal.

Dated: Stamford, Connecticut
       November 20, 2020

                          Respectfully Submitted,
                          The Defendant
                          Nachman Helbrans.

                          __/s/ *Bruce D. Koffsky*__
                          Bruce D. Koffsky, Esq.
                          Koffsky & Felsen, LLC
                          1150 Bedford Street
                          Stamford, CT  06905
                          Tel.: 203-327-1500
                          Fax: 203-327-7660

                          __/s/ *Peter J. Schaffer*__
                          Peter J. Shaffer, Esq.
                          Attorney at Law
                          184 East 161st Street
                          Bronx, New York  10451
                          (718) 585-4444

## **CERTIFICATION**

THIS IS TO CERTIFY that on November 22, 2021, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ *Bruce D. Koffsky*  bk4138
Bruce D. Koffsky