# JEREMY GUTMAN
ATTORNEY AT LAW
521 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10175

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2023

(212) 644-5200             jgutman@jeremygutman.com

February 9, 2023

**MEMO ENDORSED**

**By ECF**

Hon. Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, New York 10601

> Appellate counsel's request that the sealed 10/28/2021 transcript be released to appellate counsel for both Defts. Helbrans (01) and M. Rosner (02) is GRANTED. Absent further court order, the transcript shall be submitted for filing under seal if it is filed in the Court of Appeals.
>
> Dated: February 10, 2023
> White Plains, NY
>
> SO ORDERED:
> /s/ HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

    Re:    United States v. Helbrans
            19 Cr. 497 (NSR)

Dear Judge Roman:

    I am assigned counsel for defendant Nachman Helbrans on his appeal of the judgment in the above-captioned case. I have been advised by Court Reporter Christina Arends-Dieck that the Court conducted a conference on October 28, 2021, that is not reflected on the docket, and that the transcript of that conference is under seal.

    As appellate counsel, I need to review that transcript to determine if it has bearing on any potential issue to be presented to the Court of Appeals. Accordingly, to the extent that the sealing order does not already provide for release to counsel on appeal, I request that it be modified to authorize Ms. Arends-Dieck to release it to me and to counsel for co-defendant (and co-appellant) Mayer Rosner. If the Court deems it appropriate, I would not object to a provision directing that, absent further court order, the transcript should be submitted for filing under seal if it is filed in the Court of Appeals.

                              Respectfully,

                              /s/
                              Jeremy Gutman
                              *Attorney for Defendant-Appellant*
                              *Nachman Helbrans*