**JEREMY GUTMAN**
ATTORNEY AT LAW
521 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10175

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2023

(212) 644-5200    JGUTMAN@JEREMYGUTMAN.COM

March 7, 2023

**By ECF**

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Helbrans
     19 Cr. 497 (NSR)

**MEMO ENDORSED**

The Court GRANTS the consented-to request to unseal pages 83 to 88 of the transcript of the October 18, 2021 pretrial conference, consistent with the conditions outlined in the Court's previous release orders.

Dated: March 8, 2023
White Plains, NY

SO ORDERED:

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

As appellate counsel for defendant Nachman Helbrans, I am writing to request that the Court authorize the release of an additional sealed portion of a transcript: pages 83 to 88 of the October 18, 2021, pretrial conference. Those pages contain an *ex parte* discussion with counsel for defendants Helbrans and Rosner regarding the decision that the defendants would no longer be allowed to appear *pro se*.

Consistent with the Court's previous release orders (ECF Docs 795 and 804), we seek this release subject to the conditions that, absent further court order, the transcript shall be submitted for filing under seal if it is filed in the Court of Appeals, and that, if the transcript contains any reference to a witness who was a minor at the time, she is to be referred to as "Jane Doe."

Assistant United States Attorney Jamie E. Bagliebter has advised me that the government consents to this request.

Respectfully,

/s/
Jeremy Gutman