USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America,

        vs.

Nachman Helbrans,

        Defendant.

------------------------------------------------------x

**ORDER**

19 CR 497-01 (NSR)

To:    U.S. Marshals Service Southern District of New York
       300 Quarropas Street, White Plains, New York

    Upon the application of defendant, Nachman Helbrans and upon all proceedings previously had herein, it is hereby:

    **ORDERED** that defendant, Nachman Helbrans, transported to MDC, #86443-054, be permitted to receive non-prison clothing at the U.S. Marshals Service Office, SDNY White Plains, for trial, testimony scheduled to begin on March 19, 2024. He is permitted to have the following clothing to wear in court during the trial:

1 Kaftan (robe with blue and grey stripes)
2 long white shirts
2 pants
1 Black yarmulke
2 Brown head shawls
1 pair of black shoes
2 pair of socks
1 Gartel (similar to soft belt, white and black stripes)

Dated: White Plains, New York

    March 18, 2024

                        SO ORDERED:

                        _____
                        NELSON S ROMÁN,
                        U.S. District Judge
                        United States District Court
                        Southern District of New York